PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AIR CONTROL, INCORPORATED | § | Case No. 08-08254 |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 04/04/2008 . The undersigned trustee was appointed on 04/04/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $          47,380.92

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 9,475.54 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]          $ | 37,905.38 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6. The deadline for filing claims in this case was 09/20/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,488.09 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,488.09 , for a total compensation of $ 5,488.09 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/02/2010          By:/s/PHILIP V. MARTINO
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:       08-08254    PSH    Judge: PAMELA S. HOLLIS
Case Name:     AIR CONTROL, INCORPORATED

For Period Ending: 11/02/10

Trustee Name:                     PHILIP V. MARTINO
Date Filed (f) or Converted (c):  04/04/08 (f)
341(a) Meeting Date:              05/05/08
Claims Bar Date:                  09/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Stock and accumulated dividends Located by Keane O (u) | 0.00 | 47,377.75 | | 47,377.75 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.17 | Unknown |
| TOTALS (Excluding Unknown Values) | $0.00 | $47,377.75 | | $47,380.92 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/10        Current Projected Date of Final Report (TFR): 11/30/10

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-08254 -PSH  
Case Name: AIR CONTROL, INCORPORATED  
Taxpayer ID No: *******3576  
For Period Ending: 11/02/10  

Trustee Name: PHILIP V. MARTINO  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******0496  BofA - Money Market Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/19/10 | 1 | The Keane Organization, Inc. 1400 Liberty Ridge Drive Suite 201 Wayne PA 19087-5590 THE KEANE ORGANIZATION, INC. | Memo Amount: ( 9,475.54 ) 20% commission paid to Keane Memo Amount: 47,377.75 Sale of unscheduled stocks | 3991-000 1229-000 | 37,902.21 | | 37,902.21 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 37,902.52 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.97 | | 37,903.49 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.93 | | 37,904.42 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.96 | | 37,905.38 |

|  |  |  |
|---|---|---|
| Memo Allocation Receipts: | 47,377.75 | COLUMN TOTALS | 37,905.38 | 0.00 |
| Memo Allocation Disbursements: | 9,475.54 | Less: Bank Transfers/CDs | 0.00 | 0.00 |
| Memo Allocation Net: | 37,902.21 | Subtotal | 37,905.38 | 0.00 |
| | | Less: Payments to Debtors | | 0.00 |
| | | Net | 37,905.38 | 0.00 |

| | | |
|---|---|---|
| Total Allocation Receipts: | 47,377.75 | |
| Total Allocation Disbursements: | 9,475.54 | |
| Total Memo Allocation Net: | 37,902.21 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******0496 | 37,905.38 | 0.00 | 37,905.38 |
| | 37,905.38 | | 37,905.38 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    37,905.38    0.00

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-08254 -PSH
Case Name: AIR CONTROL, INCORPORATED
Taxpayer ID No: *******3576
For Period Ending: 11/02/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0496 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

UST Form 101-7-TFR (9/1/2009) (Page: 5)
LFORM24
Ver: 15.20

ANALYSIS OF CLAIMS REGISTER

CASE NO: 08-08254-PSH
CASE NAME: AIR CONTROL, INCORPORATED
CLAIMS BAR DATE: 09/20/10
CLAIMS REVIEWED BY: PHILIP V. MARTINO, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | PHILIP V. MARTINO<br>300 NORTH LASALLE STREET<br>SUITE 4000<br>CHICAGO, IL 60654 | Administrative | | | 5,488.09 | 5,488.09 |
| | PHILIP V. MARTINO<br>300 NORTH LASALLE STREET<br>SUITE 4000<br>CHICAGO, IL 60654 | Administrative | | 0.00 | 0.00 | 0.00 |
| 001<br>3110-00 | Quarles & Brady LLP<br>300 North LaSalle Street, Suite 1400<br>Chicago, IL 60654 | Administrative | | 0.00 | 2,012.60 | 2,012.60 |
| 001<br>3410-00 | Popowcer Katten LLP | Administrative | | 0.00 | 1,376.00 | 1,376.00 |
| | | Subtotal for Class Administrative | | 0.00 | 8,876.69 | 8,876.69 |
| 000002B<br>050<br>4800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | Priority | | 0.00 | 276.01 | 276.01 |
| | | Subtotal for Class Priority | | 0.00 | 276.01 | 276.01 |
| 000001<br>070<br>7100-00 | PEOPLES GAS LIGHT AND COKE CO<br>130 E RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Unsecured | | 947.16 | 961.09 | 961.09 |
| 000002A<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | Unsecured | | 0.00 | 126.04 | 126.04 |
| 000003<br>070<br>7100-00 | Aurora Air Products<br>231 C N. Eoa Rd<br>Aurora, IL 60502-9603 | Unsecured | | 5,223.48 | 5,185.02 | 5,185.02 |
| 000004<br>070<br>7100-00 | Steiner Electric Co<br>1250 Touhy Ave<br>Elk Grove Village, IL 60007 | Unsecured | | 1,379.67 | 1,379.67 | 1,379.67 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 | Parker Hannifin Corp Pneumatic Division 6035 Parkland Blvd Cleveland, OH 44124 | Unsecured | | 11,320.67 | 11,320.67 | 11,320.67 |
| 000006 080 7200-00 | Accounting Solutions 3035 West Montrose Avenue Chicago, IL 60618 | Unsecured | | 700.00 | 700.00 | 700.00 |
| 000007 080 7200-00 | Affiliated Control Equipment 2630 Eagle Way Chicago, IL 60678-1026 | Unsecured | | 3,223.93 | 3,223.93 | 3,223.93 |
| 000008 080 7200-00 | Arrow Pneumatics, Inc P.O. Box 95169 Palatine, IL 60095-0169 | Unsecured | | 3,548.04 | 3,548.04 | 3,548.04 |
| 000009 080 7200-00 | AT&T P.O. Box 9001309 Louisville, KY 40290-1309 | Unsecured | | 93.83 | 93.83 | 93.83 |
| 000010 080 7200-00 | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | Unsecured | | 722.62 | 722.62 | 722.62 |
| 000011 080 7200-00 | Bruce Rioch 20 S Home Ave Park Ridge, IL 60068 | Unsecured | | 15,530.10 | 15,530.10 | 15,530.10 |
| 000012 080 7200-00 | Catching FluidPower Inc 881 Remington Blvd Bolingbrook, IL 60440 | Unsecured | | 1,289.28 | 1,289.28 | 1,289.28 |
| 000013 080 7200-00 | Dell Dept 50 P.O. Box 689020 Des Moines, IA 50368-9020 | Unsecured | | 8,122.86 | 8,122.34 | 8,122.34 |
| 000014 080 7200-00 | Dell P.O. Box 5292 Carol Stream, IL 60197-5292 | Unsecured | | 1,118.87 | 1,118.87 | 1,118.87 |
| 000015 080 7200-00 | DFS Acceptance P.O. Box 5275 Carol Stream, IL 60197-5275 | Unsecured | | 820.45 | 820.45 | 820.45 |
| 000016 080 7200-00 | Flodyne 1000 Muirfield Dr Hanover Park, IL 60133 | Unsecured | | 5,668.82 | 5,668.82 | 5,668.82 |
| 000017 080 7200-00 | Legris, Inc 7205 E Hampton Ave Mesa, AZ 85208-3301 | Unsecured | | 957.21 | 957.21 | 957.21 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000018 080 7200-00 | Lynnea Rioch 20 S Home Ave Park Ridge, IL 60068 | Unsecured | | 28,882.57 | 28,882.57 | 28,882.57 |
| 000019 080 7200-00 | Mercury Pneumatic Co 2010 N Ruby St Melrose Park, IL 60160 | Unsecured | | 138.59 | 138.59 | 138.59 |
| 000020 080 7200-00 | Morgold Inc 18409 Quaker St Cassopolis, MI 49031 | Unsecured | | 16,070.65 | 16,070.65 | 16,070.65 |
| 000021 080 7200-00 | Noshok, Inc 1010 W Bagley Rd Berea, OH 44017 | Unsecured | | 2,362.58 | 2,362.58 | 2,362.58 |
| 000022 080 7200-00 | Nycoil 7873 Collection Center dr Chicago, IL 60693 | Unsecured | | 2,874.05 | 2,874.05 | 2,874.05 |
| 000023 080 7200-00 | Shell Oil Co P.O. Box 183019 Columbus, OH 43218-3019 | Unsecured | | 1,679.52 | 1,679.52 | 1,679.52 |
| 000024 080 7200-00 | Storm MFG Group Inc Kingston 23201 Normandie Ave Torrance, CA 90501 | Unsecured | | 324.72 | 324.72 | 324.72 |
| 000025 080 7200-00 | UPS c/o RMS P.O. Box 523 Richfield, OH 44286 | Unsecured | | 377.34 | 377.34 | 377.34 |
| 000026 080 7200-00 | Veolia ES Solid Waste P.O. Box 6484 Carol Stream, IL 60197-6484 | Unsecured | | 601.99 | 601.99 | 601.99 |
| 000027 080 7200-00 | SunSource NW7809 P.O. Box 1450 Minneapolis, MN 55485-7809 | Unsecured | | 15,627.09 | 15,627.09 | 15,627.09 |
| | | Subtotal for Class Unsecured | | 129,606.09 | 129,707.08 | 129,707.08 |
| | | Case Totals: | | 129,606.09 | 138,859.78 | 138,859.78 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

UST Form 101-7-TFR (9/1/2009) (Page: 8)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-08254
Case Name: AIR CONTROL, INCORPORATED
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Illinois Department of Employment Security | $ 276.01 |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $ 5,488.09 | $ 0.00 |
| Attorney for trustee: Quarles & Brady LLP | $ 1,920.00 | $ 92.60 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten LLP | $ 1,376.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (9/1/2009) *(Page: 9)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 276.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,972.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT AND COKE CO | $ 961.09 | $ 961.09 |
| 000002A | Illinois Department of Employment Security | $ 126.04 | $ 126.04 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---:|---:|
| 000003 | Aurora Air Products | $ 5,185.02 | $ 5,185.02 |
| 000004 | Steiner Electric Co | $ 1,379.67 | $ 1,379.67 |
| 000005 | Parker Hannifin Corp | $ 11,320.67 | $ 11,320.67 |

Tardily filed claims of general (unsecured) creditors totaling $ 110,734.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 8.8 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---:|---:|
| 000006 | Accounting Solutions | $ 700.00 | $ 61.82 |
| 000007 | Affiliated Control Equipment | $ 3,223.93 | $ 284.74 |
| 000008 | Arrow Pneumatics, Inc | $ 3,548.04 | $ 313.37 |
| 000009 | AT&T | $ 93.83 | $ 8.29 |
| 000010 | AT&T | $ 722.62 | $ 63.82 |
| 000011 | Bruce Rioch | $ 15,530.10 | $ 1,371.63 |
| 000012 | Catching FluidPower Inc | $ 1,289.28 | $ 113.87 |
| 000013 | Dell | $ 8,122.34 | $ 717.37 |
| 000014 | Dell | $ 1,118.87 | $ 98.82 |
| 000015 | DFS Acceptance | $ 820.45 | $ 72.47 |
| 000016 | Flodyne | $ 5,668.82 | $ 500.68 |
| 000017 | Legris, Inc | $ 957.21 | $ 84.54 |
| 000018 | Lynnea Rioch | $ 28,882.57 | $ 2,550.94 |
| 000019 | Mercury Pneumatic Co | $ 138.59 | $ 12.24 |
| 000020 | Morgold Inc | $ 16,070.65 | $ 1,419.38 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000021 | Noshok, Inc | $ 2,362.58 | $ 208.66 |
| 000022 | Nycoil | $ 2,874.05 | $ 253.84 |
| 000023 | Shell Oil Co | $ 1,679.52 | $ 148.34 |
| 000024 | Storm MFG Group Inc | $ 324.72 | $ 28.68 |
| 000025 | UPS | $ 377.34 | $ 33.33 |
| 000026 | Veolia ES Solid Waste | $ 601.99 | $ 53.16 |
| 000027 | SunSource | $ 15,627.09 | $ 1,380.20 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.