PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AIR CONTROL, INCORPORATED | § | Case No. 08-08254 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/16/2010 in Courtroom 644,
United States Courthouse
219 South Dearborn,
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/17/2010          By: Clerk of the Bankruptcy Court
                                      Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
AIR CONTROL, INCORPORATED § Case No. 08-08254
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 47,380.92 |
| *and approved disbursements of* | $ | 9,475.54 |
| *leaving a balance on hand of*[1] | $ | 37,905.38 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* | |
|---|---|---:|
| *Illinois Department of Employment Security* | $ | 276.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---:|---|---:|
| *Trustee: PHILIP V. MARTINO* | $ | 5,488.09 | $ | 0.00 |
| *Attorney for trustee: Quarles & Brady LLP* | $ | 1,920.00 | $ | 92.60 |
| *Appraiser:* | $ | | $ | |
| *Auctioneer:* | $ | | $ | |
| *Accountant: Popowcer Katten LLP* | $ | 1,376.00 | $ | 0.00 |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges:* | $ | | $ | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 276.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,972.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT AND COKE CO | $ 961.09 | $ 961.09 |
| 000002A | Illinois Department of Employment Security | $ 126.04 | $ 126.04 |
| 000003 | Aurora Air Products | $ 5,185.02 | $ 5,185.02 |
| 000004 | Steiner Electric Co | $ 1,379.67 | $ 1,379.67 |
| 000005 | Parker Hannifin Corp | $ 11,320.67 | $ 11,320.67 |

Tardily filed claims of general (unsecured) creditors totaling $ 110,734.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 8.8 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Accounting Solutions | $ 700.00 | $ 61.82 |
| 000007 | Affiliated Control Equipment | $ 3,223.93 | $ 284.74 |
| 000008 | Arrow Pneumatics, Inc | $ 3,548.04 | $ 313.37 |
| 000009 | AT&T | $ 93.83 | $ 8.29 |
| 000010 | AT&T | $ 722.62 | $ 63.82 |
| 000011 | Bruce Rioch | $ 15,530.10 | $ 1,371.63 |
| 000012 | Catching FluidPower Inc | $ 1,289.28 | $ 113.87 |
| 000013 | Dell | $ 8,122.34 | $ 717.37 |
| 000014 | Dell | $ 1,118.87 | $ 98.82 |
| 000015 | DFS Acceptance | $ 820.45 | $ 72.47 |
| 000016 | Flodyne | $ 5,668.82 | $ 500.68 |
| 000017 | Legris, Inc | $ 957.21 | $ 84.54 |
| 000018 | Lynnea Rioch | $ 28,882.57 | $ 2,550.94 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000019* | *Mercury Pneumatic Co* | $ 138.59 | $ 12.24 |
| *000020* | *Morgold Inc* | $ 16,070.65 | $ 1,419.38 |
| *000021* | *Noshok, Inc* | $ 2,362.58 | $ 208.66 |
| *000022* | *Nycoil* | $ 2,874.05 | $ 253.84 |
| *000023* | *Shell Oil Co* | $ 1,679.52 | $ 148.34 |
| *000024* | *Storm MFG Group Inc* | $ 324.72 | $ 28.68 |
| *000025* | *UPS* | $ 377.34 | $ 33.33 |
| *000026* | *Veolia ES Solid Waste* | $ 601.99 | $ 53.16 |
| *000027* | *SunSource* | $ 15,627.09 | $ 1,380.20 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*

*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: bchavez              Page 1 of 2            Date Rcvd: Nov 18, 2010
Case: 08-08254                 Form ID: pdf006            Total Noticed: 42

The following entities were noticed by first class mail on Nov 20, 2010.
db           +Air Control, Incorporated,    c/o Lynnea Rioch,    20 S Home Ave.,    Park Ridge, IL 60068-3839
aty          +Timothy M Hughes,    Lavelle Legal Services Ltd,    501 West Colfax,    Palatine, IL 60067-2545
tr            Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,    Suite 4000,    Chicago, IL  60654
12113863      ABC/Amega inc,    1100 Main St,    Buffalo, NY 14209-2356
12113868      AT&T,    P.O. Box 9001309,    Louisville, KY 40290-1309
12113869      AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
16229205     +Accounting Solutions,    3035 West Montrose Avenue,    Chicago, IL 60618-1330
12113864     +Accounting Solutions,    3035 W Montrose Ave,    Chicago, IL 60618-1330
12113865     +Affiliated Control,    640 Wheat Lane,    Wood Dale, IL 60191-1187
12113866      Affiliated Control Equipment,    2630 Eagle Way,    Chicago, IL 60678-1026
12113867      Arrow Pneumatics, Inc,    P.O. Box 95169,    Palatine, IL 60095-0169
12113870      Aurora Air Products,    231 C N. Eoa Rd,    Aurora, IL 60502-9603
12113872     +Catching FluidPower Inc,    881 Remington Blvd,    Bolingbrook, IL 60440-4663
12113873      D. Patrick Mullarkey,    Tax Division DOJ, P.O. Box 55,    Ben Franklin Station,
               Washington, DC 20044
12113876      DFS Acceptance,    P.O. Box 5275,    Carol Stream, IL 60197-5275
12113874      Dell,    Dept 50,    P.O. Box 689020,    Des Moines, IA 50368-9020
12113875      Dell,    P.O. Box 5292,    Carol Stream, IL 60197-5292
12113879     +Flodyne,    1000 Muirfield Dr,    Hanover Park, IL 60133-5426
12113880      I.C. Systems, Inc,    444 Highway 96 East,    P.O. Box 64887,    Saint Paul, MN 55164-0887
12113877    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: District Counsel,    200 W. Adams,    Chicago, IL 60604)
12113878    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: District Director IRS,    230 S Dearborn,    Chicago, IL 60604)
12113883    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Kansas City, MO 64999)
12201280     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
12113881     +Illinois Department of Revenue,    100 W Randolph 7th Floor,    Bankruptcy Unit,
               Chicago, IL 60601-3290
12113882      Illinois Dept of Employment Securit,    P.O. Box 3637,    Springfield, IL 62708-3637
12113884     +Legris, Inc,    7205 E Hampton Ave,    Mesa, AZ 85209-3301
12113886     +Mercury Pneumatic Co,    2010 N Ruby St,    Melrose Park, IL 60160-1112
12113887     +MorGold,    c/o DRS,    P.O. Box 1622,    Mandeville, LA 70470-1622
12113888     +Morgold Inc,    18409 Quaker St,    Cassopolis, MI 49031-9482
12113889     +Noshok, Inc,    1010 W Bagley Rd,    Berea, OH 44017-2906
12113890     +Nycoil,    7873 Collection Center dr,    Chicago, IL 60693-0001
12141128     +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
12113892      Peoples Gas,    Chicago, IL 60687-0001
12113893     +R.M.S.,    4836 Brecksville Rd,    P.O. Box 509,    Richfield, OH 44286-0509
12113895      Shell Oil Co,    P.O. Box 183019,    Columbus, OH 43218-3019
12113896     +Steiner Electric Co,    1250 Touhy Ave,    Elk Grove Village, IL 60007-4985
12113897     +Storm MFG Group Inc,    Kingston,    23201 Normandie Ave,    Torrance, CA 90501-5050
12113898      SunSource,    NW7809,    P.O. Box 1450,    Minneapolis, MN 55485-7809
12113900     +UPS,    c/o RMS,    P.O. Box 523,    Richfield, OH 44286-0523
12113899     +United States Attorney,    219 S. Dearborn St.,    Chicago, IL 60604-1708
12113901      Veolia ES Solid Waste,    P.O. Box 6484,    Carol Stream, IL 60197-6484
The following entities were noticed by electronic transmission on Nov 18, 2010.
12113891     +E-mail/Text: BVILKAS@PARKER.COM                                      Parker Hannifin Corp,
               Pneumatic Division,    6035 Parkland Blvd,    Cleveland, OH 44124-4186
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Shannon F O’Boye
aty*          Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,    Suite 4000,    Chicago, IL  60654
16229238*     Arrow Pneumatics, Inc.,    P.O. Box 95169,    Palatine, IL  60095-0169
12113871   ##+Bruce Rioch,    20 S Home Ave,    Park Ridge, IL 60068-3839
12113885   ##+Lynnea Rioch,    20 S Home Ave,    Park Ridge, IL 60068-3839
12113894   ##+Schierer & Ritchie LLC,    411 Hamilton Blvd,    #1625,    Peoria, IL 61602-1189
                                                                                   TOTALS: 1, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez            Page 2 of 2              Date Rcvd: Nov 18, 2010
Case: 08-08254                Form ID: pdf006          Total Noticed: 42
```

       ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2010**            **Signature:** _/s/ Joseph Speetjens_