PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| AIR CONTROL, INCORPORATED | § | Case No. 08-08254 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 28,724.82 | Claims Discharged<br>Without Payment: 535,138.88 |
| Total Expenses of Administration: 18,657.54 | |

3) Total gross receipts of $ 47,382.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 47,382.36 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 276.01 | $ 276.01 | $ 276.01 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,657.54 | 18,657.54 | 18,657.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 433,880.61 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 129,606.09 | 129,707.08 | 129,707.08 | 28,448.81 |
| **TOTAL DISBURSEMENTS** | $ 563,486.70 | $ 148,640.63 | $ 148,640.63 | $ 47,382.36 |

4) This case was originally filed under chapter 7 on 04/04/2008 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/23/2011 By:/s/PHILIP V. MARTINO
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Personal Property | 1229-000 | 47,377.75 |
| Post-Petition Interest Deposits | 1270-000 | 4.61 |
| **TOTAL GROSS RECEIPTS** | | $ 47,382.36 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 4800-000 | NA | 276.01 | 276.01 | 276.01 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 276.01 | $ 276.01 | $ 276.01 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| PHILIP V. MARTINO | 2100-000 | NA | 5,488.09 | 5,488.09 | 5,488.09 |
| U.S. BANKRUPTCY COURT CLERK | 2700-000 | NA | 305.31 | 305.31 | 305.31 |
| QUARLES & BRADY LLP | 3110-000 | NA | 1,920.00 | 1,920.00 | 1,920.00 |
| QUARLES & BRADY LLP | 3120-000 | NA | 92.60 | 92.60 | 92.60 |
| POPOWCER KATTEN LLP | 3410-000 | NA | 1,376.00 | 1,376.00 | 1,376.00 |
| THE KEANE ORGANIZATION, INC. | 3991-000 | NA | 9,475.54 | 9,475.54 | 9,475.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 18,657.54 | $ 18,657.54 | $ 18,657.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | D. Patrick Mullarkey<br>Tax Division DOJ<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | | 0.00 | NA | NA | 0.00 |
| | District Counsel<br>200 West Adams<br>Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | District Director IRS<br>230 South Dearborn<br>Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of<br>Employment Security<br>P.O. Box 3637<br>Springfield, IL 62708-3637 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of<br>Revenue<br>100 West Randolph 7th Floor<br>Bankruptcy Unit<br>Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service<br>Kansas City, MO 64999 | | 433,880.61 | NA | NA | 0.00 |
| | Unied States Attorney<br>219 South Dearborn Street<br>Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 433,880.61 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MorGold c/o DRS P.O. Box 1622 Mandeville, LA 70470 | | 0.00 | NA | NA | 0.00 |
| 000003 | AURORA AIR PRODUCTS | 7100-000 | 5,223.48 | 5,185.02 | 5,185.02 | 5,185.02 |
| 000002A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 126.04 | 126.04 | 126.04 |
| 000005 | PARKER HANNIFIN CORP | 7100-000 | 11,320.67 | 11,320.67 | 11,320.67 | 11,320.67 |
| 000001 | PEOPLES GAS LIGHT AND COKE CO | 7100-000 | 947.16 | 961.09 | 961.09 | 961.09 |
| 000004 | STEINER ELECTRIC CO | 7100-000 | 1,379.67 | 1,379.67 | 1,379.67 | 1,379.67 |
| 000006 | ACCOUNTING SOLUTIONS | 7200-000 | 700.00 | 700.00 | 700.00 | 61.83 |
| 000007 | AFFILIATED CONTROL EQUIPMENT | 7200-000 | 3,223.93 | 3,223.93 | 3,223.93 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ARROW PNEUMATICS, INC | 7200-000 | 3,548.04 | 3,548.04 | 3,548.04 | 313.41 |
| 000009 | AT&T | 7200-000 | 93.83 | 93.83 | 93.83 | 0.00 |
| 000010 | AT&T | 7200-000 | 722.62 | 722.62 | 722.62 | 63.83 |
| 000011 | BRUCE RIOCH | 7200-000 | 15,530.10 | 15,530.10 | 15,530.10 | 1,371.84 |
| 000012 | CATCHING FLUIDPOWER INC | 7200-000 | 1,289.28 | 1,289.28 | 1,289.28 | 113.89 |
| 000013 | DELL | 7200-000 | 8,122.86 | 8,122.34 | 8,122.34 | 717.48 |
| 000014 | DELL | 7200-000 | 1,118.87 | 1,118.87 | 1,118.87 | 98.83 |
| 000015 | DFS ACCEPTANCE | 7200-000 | 820.45 | 820.45 | 820.45 | 72.47 |
| 000016 | FLODYNE | 7200-000 | 5,668.82 | 5,668.82 | 5,668.82 | 500.75 |
| 000017 | LEGRIS, INC | 7200-000 | 957.21 | 957.21 | 957.21 | 84.56 |
| 000018 | LYNNEA RIOCH | 7200-000 | 28,882.57 | 28,882.57 | 28,882.57 | 2,551.31 |
| 000019 | MERCURY PNEUMATIC CO | 7200-000 | 138.59 | 138.59 | 138.59 | 0.00 |
| 000020 | MORGOLD INC | 7200-000 | 16,070.65 | 16,070.65 | 16,070.65 | 1,419.59 |
| 000021 | NOSHOK, INC | 7200-000 | 2,362.58 | 2,362.58 | 2,362.58 | 208.70 |
| 000022 | NYCOIL | 7200-000 | 2,874.05 | 2,874.05 | 2,874.05 | 253.88 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | SHELL OIL CO | 7200-000 | 1,679.52 | 1,679.52 | 1,679.52 | 148.36 |
| 000024 | STORM MFG GROUP INC | 7200-000 | 324.72 | 324.72 | 324.72 | 28.68 |
| 000027 | SUNSOURCE | 7200-000 | 15,627.09 | 15,627.09 | 15,627.09 | 1,380.40 |
| 000025 | UPS | 7200-000 | 377.34 | 377.34 | 377.34 | 33.33 |
| 000026 | VEOLIA ES SOLID WASTE | 7200-000 | 601.99 | 601.99 | 601.99 | 53.18 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 129,606.09 | $ 129,707.08 | $ 129,707.08 | $ 28,448.81 |

0/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 08-08254 PSH Judge: PAMELA S. HOLLIS
Case Name: AIR CONTROL, INCORPORATED

For Period Ending: 06/23/11

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 04/04/08 (f)
341(a) Meeting Date: 05/05/08
Claims Bar Date: 09/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Stock and accumulated dividends Located by Keane O (u) | 0.00 | 47,377.75 | | 47,377.75 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.61 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $47,377.75 | | $47,382.36 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/10 Current Projected Date of Final Report (TFR): 11/30/10

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-08254 -PSH
Case Name: AIR CONTROL, INCORPORATED
Taxpayer ID No: *******3576
For Period Ending: 06/23/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0496 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/10 | 1 | The Keane Organization, Inc.<br>1400 Liberty Ridge Drive<br>Suite 201<br>Wayne PA 19087-5590 | | | 37,902.21 | | 37,902.21 |
| | | THE KEANE ORGANIZATION, INC. | Memo Amount: ( 9,475.54 )<br>20% commission paid to Keane | 3991-000 | | | |
| | | | Memo Amount: 47,377.75<br>Sale of unscheduled stocks | 1229-000 | | | |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 37,902.52 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 37,903.49 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.93 | | 37,904.42 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.96 | | 37,905.38 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.94 | | 37,906.32 |
| 12/17/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.50 | | 37,906.82 |
| 12/17/10 | | Transfer to Acct #*******0645 | Final Posting Transfer | 9999-000 | | 37,906.82 | 0.00 |

| | |
|---|---|
| Memo Allocation Receipts: | 47,377.75 |
| Memo Allocation Disbursements: | 9,475.54 |
| Memo Allocation Net: | 37,902.21 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 37,906.82 | 37,906.82 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 37,906.82 | |
| Subtotal | 37,906.82 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 37,906.82 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 37,906.82 | 37,906.82 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-08254 -PSH
Case Name: AIR CONTROL, INCORPORATED

Taxpayer ID No: *******3576
For Period Ending: 06/23/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0645 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/17/10 | | Transfer from Acct #*******0496 | Transfer In From MMA Account | 9999-000 | 37,906.82 | | 37,906.82 |
| 12/17/10 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 5,488.09 | 32,418.73 |
| 12/17/10 | 003002 | Quarles & Brady LLP<br>300 North LaSalle Street, Suite 1400<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | | | 2,012.60 | 30,406.13 |
| | | | Fees 1,920.00 | 3110-000 | | | |
| | | | Expenses 92.60 | 3120-000 | | | |
| 12/17/10 | 003003 | Popowcer Katten LLP | Accountant for Trustee Fees (Other | 3410-000 | | 1,376.00 | 29,030.13 |
| 12/17/10 | 003004 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | Claim 000002B, Payment 100.00000%<br>(2-1) Unemployment tax | 4800-000 | | 276.01 | 28,754.12 |
| 12/17/10 | 003005 | PEOPLES GAS LIGHT AND COKE CO<br>130 E RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Claim 000001, Payment 100.00000% | 7100-000 | | 961.09 | 27,793.03 |
| 12/17/10 | 003006 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | Claim 000002A, Payment 100.00000%<br>(2-1) Unemployment tax | 7100-000 | | 126.04 | 27,666.99 |
| 12/17/10 | 003007 | Aurora Air Products<br>231 C N. Eoa Rd<br>Aurora, IL 60502-9603 | Claim 000003, Payment 100.00000% | 7100-000 | | 5,185.02 | 22,481.97 |
| 12/17/10 | 003008 | Steiner Electric Co<br>1250 Touhy Ave<br>Elk Grove Village, IL 60007 | Claim 000004, Payment 100.00000% | 7100-000 | | 1,379.67 | 21,102.30 |
| 12/17/10 | 003009 | Parker Hannifin Corp | Claim 000005, Payment 100.00000% | 7100-000 | | 11,320.67 | 9,781.63 |

Page Subtotals 37,906.82 28,125.19

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-08254 -PSH
Case Name: AIR CONTROL, INCORPORATED

Taxpayer ID No: *******3576
For Period Ending: 06/23/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0645 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Pneumatic Division<br>6035 Parkland Blvd<br>Cleveland, OH 44124 | | | | | |
| 12/17/10 | 003010 | Accounting Solutions<br>3035 West Montrose Avenue<br>Chicago, IL 60618 | Claim 000006, Payment 8.83286% | 7200-000 | | 61.83 | 9,719.80 |
| * 12/17/10 | 003011 | Affiliated Control Equipment<br>2630 Eagle Way<br>Chicago, IL 60678-1026 | Claim 000007, Payment 8.83332% | 7200-003 | | 284.78 | 9,435.02 |
| 12/17/10 | 003012 | Arrow Pneumatics, Inc<br>P.O. Box 95169<br>Palatine, IL 60095-0169 | Claim 000008, Payment 8.83333% | 7200-000 | | 313.41 | 9,121.61 |
| * 12/17/10 | 003013 | AT&T<br>P.O. Box 9001309<br>Louisville, KY 40290-1309 | Claim 000009, Payment 8.83513% | 7200-003 | | 8.29 | 9,113.32 |
| 12/17/10 | 003014 | AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | Claim 000010, Payment 8.83313% | 7200-000 | | 63.83 | 9,049.49 |
| 12/17/10 | 003015 | Bruce Rioch<br>20 S Home Ave<br>Park Ridge, IL 60068 | Claim 000011, Payment 8.83343% | 7200-000 | | 1,371.84 | 7,677.65 |
| 12/17/10 | 003016 | Catching FluidPower Inc<br>881 Remington Blvd<br>Bolingbrook, IL 60440 | Claim 000012, Payment 8.83361% | 7200-000 | | 113.89 | 7,563.76 |
| 12/17/10 | 003017 | Dell<br>Dept 50<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | Claim 000013, Payment 8.83342% | 7200-000 | | 717.48 | 6,846.28 |
| 12/17/10 | 003018 | Dell<br>P.O. Box 5292 | Claim 000014, Payment 8.83302% | 7200-000 | | 98.83 | 6,747.45 |
| | | | Page Subtotals | | 0.00 | 3,034.18 | |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-08254 -PSH
Case Name: AIR CONTROL, INCORPORATED

Taxpayer ID No: *******3576
For Period Ending: 06/23/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0645 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Carol Stream, IL 60197-5292 | | | | | |
| 12/17/10 | 003019 | DFS Acceptance<br>P.O. Box 5275<br>Carol Stream, IL 60197-5275 | Claim 000015, Payment 8.83296% | 7200-000 | | 72.47 | 6,674.98 |
| 12/17/10 | 003020 | Flodyne<br>1000 Muirfield Dr<br>Hanover Park, IL 60133 | Claim 000016, Payment 8.83341% | 7200-000 | | 500.75 | 6,174.23 |
| 12/17/10 | 003021 | Legris, Inc<br>7205 E Hampton Ave<br>Mesa, AZ 85208-3301 | Claim 000017, Payment 8.83401% | 7200-000 | | 84.56 | 6,089.67 |
| 12/17/10 | 003022 | Lynnea Rioch<br>20 S Home Ave<br>Park Ridge, IL 60068 | Claim 000018, Payment 8.83339% | 7200-000 | | 2,551.31 | 3,538.36 |
| * 12/17/10 | 003023 | Mercury Pneumatic Co<br>2010 N Ruby St<br>Melrose Park, IL 60160 | Claim 000019, Payment 8.83181% | 7200-004 | | 12.24 | 3,526.12 |
| 12/17/10 | 003024 | Morgold Inc<br>18409 Quaker St<br>Cassopolis, MI 49031 | Claim 000020, Payment 8.83343% | 7200-000 | | 1,419.59 | 2,106.53 |
| 12/17/10 | 003025 | Noshok, Inc<br>1010 W Bagley Rd<br>Berea, OH 44017 | Claim 000021, Payment 8.83356% | 7200-000 | | 208.70 | 1,897.83 |
| 12/17/10 | 003026 | Nycoil<br>7873 Collection Center dr<br>Chicago, IL 60693 | Claim 000022, Payment 8.83353% | 7200-000 | | 253.88 | 1,643.95 |
| 12/17/10 | 003027 | Shell Oil Co<br>P.O. Box 183019<br>Columbus, OH 43218-3019 | Claim 000023, Payment 8.83348% | 7200-000 | | 148.36 | 1,495.59 |
| 12/17/10 | 003028 | Storm MFG Group Inc<br>Kingston | Claim 000024, Payment 8.83222% | 7200-000 | | 28.68 | 1,466.91 |

Page Subtotals 0.00 5,280.54

Ver: 16.02b

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-08254 -PSH
Case Name: AIR CONTROL, INCORPORATED

Taxpayer ID No: *******3576
For Period Ending: 06/23/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0645 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 23201 Normandie Ave<br>Torrance, CA 90501 | | | | | |
| 12/17/10 | 003029 | UPS<br>c/o RMS<br>P.O. Box 523<br>Richfield, OH 44286 | Claim 000025, Payment 8.83288% | 7200-000 | | 33.33 | 1,433.58 |
| 12/17/10 | 003030 | Veolia ES Solid Waste<br>P.O. Box 6484<br>Carol Stream, IL 60197-6484 | Claim 000026, Payment 8.83403% | 7200-000 | | 53.18 | 1,380.40 |
| 12/17/10 | 003031 | SunSource<br>NW7809<br>P.O. Box 1450<br>Minneapolis, MN 55485-7809 | Claim 000027, Payment 8.83338% | 7200-000 | | 1,380.40 | 0.00 |
| * 01/28/11 | 003011 | Affiliated Control Equipment<br>2630 Eagle Way<br>Chicago, IL 60678-1026 | Claim 000007, Payment 8.83332%<br>Check returned, no forwarding address. Check is in file. | 7200-003 | | -284.78 | 284.78 |
| * 01/28/11 | 003013 | AT&T<br>P.O. Box 9001309<br>Louisville, KY 40290-1309 | Claim 000009, Payment 8.83513%<br>Check returned no forwarding address. Check is in file. | 7200-003 | | -8.29 | 293.07 |
| * 03/22/11 | 003023 | Mercury Pneumatic Co<br>2010 N Ruby St<br>Melrose Park, IL 60160 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7200-004 | | -12.24 | 305.31 |
| 04/08/11 | 003032 | U.S. Bankruptcy Court Clerk | Turnover of funds for Air Control<br>Affiliataed Control Equipment $284.78<br>AT&T $8.29<br>Mercury Pneumatic Co. $12.24 | 2700-000 | | 305.31 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 1,466.91 |

FORM 2



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 08-08254 -PSH | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | AIR CONTROL, INCORPORATED | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0645 BofA - Checking Account |
| Taxpayer ID No: | *******3576 | | |
| For Period Ending: | 06/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 37,906.82 | 37,906.82 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 37,906.82 | 0.00 | |
| | | Subtotal | 0.00 | 37,906.82 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 37,906.82 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 47,377.75 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 9,475.54 | BofA - Money Market Account - ********0496 | 37,906.82 | 0.00 | 0.00 |
| | | BofA - Checking Account - ********0645 | 0.00 | 37,906.82 | 0.00 |
| Total Memo Allocation Net: | 37,902.21 | | 37,906.82 | 37,906.82 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |